No. 709. Landrau v. Porto Rico Power & Light Co.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en octubre 12, 1911. Desistida la apelación a instancia del apelante. Abogados del apelante: Sres. José G. Torres y Augusto Malaret. Abogados de la parte apelada: Sres. Henry F. Hord y H. H. Scoville.

No. 710. Landrau v. Porto Rico Power & Light Co.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en octubre 12, 1911. Desistida la apelación a instancia del demandante. Abogado del apelante: Sr. Henry F. Hord. Abogados del apelado: Sres. José G. Torres y Augusto Malaret.

No. 760. Márquez Hermanos v. Lezcano.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en octubre 12, 1911. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911. Abogado de los promoventes: Sr. Domingo Massari. Abogado de la parte contraria: Sr. Antonio Lens Cuena.

No. 763. Bras v. Sánchez et al.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 17, 1911. Desistida la apelación a instancias del apelante. Abogado del apelante: Sr. José Benet. Abogado de la parte contraria: Sr. José Sabater.

No. 379. El Pueblo v. Peña et al.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en octubre 18, 1911. Confirmada la sentencia apelada. Abogado de los apelantes: Sr. Pascasio Fajardo. Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.